**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1531**

AUDREY CLEMENT; JOHN REEDER,

                Plaintiffs – Appellants,

        and

JOSHUA RUEBNER,

                Plaintiff,

        v.

RAY H. LAHOOD, U. S. Department of Transportation; VICTOR
MENDEZ, Administrator Federal Highway Administration;
ROBERTO FONSECO-MARTINEZ, Virginia Division Administrator,
Federal Highway Administration; DAVID S. EKERN,
Commissioner, Virginia Department of Transportation,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:09-cv-01056-CMH-IDD)

Submitted: August 17, 2010        Decided: October 7, 2010

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Audrey Clement, John Reeder, Appellants Pro Se.   Allen M.
Brabender, Bernard G. Kim, UNITED STATES DEPARTMENT OF JUSTICE,

Washington, D.C.; Christopher Dwight Eib, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrey Clement and John Reeder appeal the district court's order granting summary judgment in favor of the Government and dismissing Clement's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Clement and Reeder's motion for a stay pending appeal and affirm for the reasons stated by the district court. Clement v. LaHood, No. 1:09-cv-01056-CMH-IDD (E.D. Va. Apr. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED